

SO ORDERED.

Dated: April 12, 2018

_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

Nathan A. Finch (#031279)
Michael W. Thrall (#031172)
**Catalyst Legal Group, PLLC**
1820 East Ray Rd.
Chandler, AZ 85225
602.456.2233
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TIFFANY WHITE<br><br>Debtors | Case No. 2:18-bk-03224-MCW<br><br>Chapter 13 Proceedings<br><br>**ORDER ON MOTION TO EXTEND TIME TO FILE CHAPTER 13 PLAN.** |

THIS MATTER, having come before the Court in the form of a Motion to Extend Time to file Chapter 13 Plan and good cause appearing;

IT IS ORDERED granting the Debtors until April 19, 2018 to file the Chapter 13 Plan.

AS SIGNED AND DATED ABOVE