Nathan A. Finch (#031279)
**Catalyst Legal Group, PLLC**
1820 E Ray Road
Chandler, AZ 85225
Nathan@Catalyst.Lawyer
480.633.2444
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| Tiffany White | Case No.: 2:18-bk-03224-MCW |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS** |

COMES NOW, Catalyst Legal Group, PLLC ("the Firm"), by and through undersigned counsel, and respectfully moves this Court to enter an order permitting withdrawal as attorney for the Debtors pursuant to Local Bankruptcy Rule 9010-1(b). The reasons for this motion are consistent with Arizona Rules of Professional Conduct ER 1.16(b).

The Firm hereby certifies that it has previously notified the Debtors of the Firm's intent to withdraw and has apprised the Debtors in writing of the hearing scheduled for August 30, 2018 at 1:30 pm and the pending Trustee's Joinder in Creditor Michael Jagoda's Motion to Dismiss in the above-captioned case. Debtors' last known address and telephone numbers is as follows:

**Tiffany White**
**P.O. Box 21153**
**Mesa, AZ 85227**
**480-294-8900**

WHEREFORE, the Firm respectfully requests that this Court grant the Order authorizing the Firm's withdrawal as attorney of record for the Debtors in this case lodged concurrently herewith.

SUBMITTED this 1st day of August 2018.

                        Catalyst Legal Group, PLLC

                        /s/Nathan A. Finch #031279
                        Nathan A. Finch
                        *Attorney for Debtor*

ORIGINAL FILED via ECF this
01. day of August, 2018.

COPY of the foregoing mailed this
01. day of August, 2018, to:

Edward J. Maney, Trustee
101 N. First Ave., Ste. 1775
Phoenix, AZ 85003

OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

/s/ SB

: